Barrett *v.* Bloomfield Savings Institution.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.

MARY C. BARRETT, respondent,

*v.*

THE BLOOMFIELD SAVINGS INSTITUTION et al., appellants.

[Argued December 3d, 1903.  Decided February 29th, 1904.
Filed March 1st, 1904.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *19 Dick. Ch. Rep. 425.*

*Mr. Gilbert Collins* and *Mr. Edward Oakes,* for the appellants.

*Mr. Halsey M. Barrett,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney filed in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.